No. 22-5058

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

THOMAS MASSIE et al.,

*Plaintiffs-Appellants*,

v.

NANCY PELOSI et al.,

*Defendants-Appellees*.

_____

On Appeal from the United States District Court
for the District of Columbia
(Hon. Reggie B. Walton, United States District Judge)

_____

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Douglas N. Letter, hereby withdraw my appearance as counsel in this case. Defendants-Appellees will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

/s/ Douglas N. Letter
Douglas N. Letter (D.C. Bar No. 253492)
   *General Counsel*

Office of General Counsel
U.S. House of Representatives

January 5, 2023

5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov

# CERTIFICATE OF SERVICE

I certify that on January 5, 2023, I filed the foregoing notice via the CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit, which I understand caused service on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter