# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 22-5058** | **September Term, 2022** |
| | **1:21-cv-02023-RBW** |
| | **Filed On: June 30, 2023** [2005865] |

Thomas Massie, Hon., In his official and individual capacities, et al.,

      Appellants

    v.

Nancy Pelosi, Hon., In her official capacity only, et al.,

      Appellees

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                    BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk