# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5058**                    **September Term, 2022**

**1:21-cv-02023-RBW**

**Filed On: August 23, 2023** [2013814]

Thomas Massie, Hon., In his official and
individual capacities, et al.,

        Appellants

    v.

Nancy Pelosi, Hon., In her official capacity
only, et al.,

        Appellees

## M A N D A T E

In accordance with the judgment of June 30, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the judgment filed June 30, 2023