UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

SEP - 5 2023

RECEIVED

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 1, 2023

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re: Thomas Massie, Individually and in His Official Capacity, et al.
        v. Nancy Pelosi, in Her Official Capacity, et al.
        Application No. 23A190
        (Your No. 22-5058)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on September 1, 2023, extended the time to and including November 21, 2023.

    This letter has been sent to those designated on the attached notification list.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Lisa Nesbitt
    Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Thomas B. Bruns
Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241


Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



NE
09/01/2023
US POSTAGE $000.63⁰

FIRST-CLASS MAIL

US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601



