# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 27, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re:  Thomas Massie, Individually and in His Official Capacity, et al.
           v. Nancy Pelosi, in Her Official Capacity, et al.
           No. 23-566
           (Your No. 22-5058)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 21, 2023 and placed on the docket November 27, 2023 as No. 23-566.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst