# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 20, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

Re: Thomas Massie, Individually and in His Official Capacity as a Member of the United States House of Representatives, et al. v. Mike Johnson, in His Official Capacity as Speaker of the United States House of Representatives, et al.
No. 23-566
(Your No. 22-5058)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk