# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-5058　　　　　　　　　　　　　　　September Term, 2022

FILED ON: JUNE 30, 2023

THOMAS MASSIE, HON., IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, ET AL.,
　　　　APPELLANTS

v.

NANCY PELOSI, HON., IN HER OFFICIAL CAPACITY ONLY, ET AL.,
　　　　APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-02023)

Before: RAO and CHILDS, *Circuit Judges*, and TATEL, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: June 30, 2023

Opinion for the court filed by Circuit Judge Rao.